IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | |
| CALEB PARSONS | NO. 12-399-5 |

**O R D E R**

AND NOW, this 4th day of December, 2020, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 317), the Defendant's supplement to the motion (Doc. No. 319), the government's response in opposition (Doc. No. 321), and Defendant's reply to the government's response (Doc. No. 322), it is hereby ORDERED that the Motion is GRANTED.

The Court has considered the factors listed in 18 U.S.C. § 3553(a) and the policy statements issued by the Sentencing Commission, to the extent they are applicable, and finds that Mr. Parsons has presented "extraordinary and compelling reasons" justifying a reduction in his sentence.

Mr. Parsons' term of imprisonment is hereby reduced to the time he has already served. He shall be released from the custody of the Bureau of Prisons (FCI Fort Dix Low) within fourteen days, allowing for the verification of the Defendant's residence and/or establishment of a release plan, to make

appropriate travel arrangements, and to ensure the Defendant's safe release.

Upon his release from custody, Mr. Parsons shall begin serving a three-year term of supervised release previously imposed by the Court and shall contact the U.S. Probation Office within 24 hours of his release and follow its instructions.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER, J.